IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) THOMAS and BECKY BANKS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>(1) ALLSTATE INDEMNITY COMPANY, )<br>)<br>Defendant. ) | Case No.: 12-CV-673-C |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiffs, Thomas & Becky Banks ("Plaintiffs") and Defendant, Allstate Indemnity Company ("Defendant"), submit this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiffs and Defendant hereby stipulate to the dismissal of all of Plaintiffs' claims against Defendants, with prejudice to the refiling of those claims. Plaintiffs and Defendant stipulate that they shall bear their own attorneys' fees, costs and expenses arising from or incurred in connection with this matter.

**IT IS SO STIPULATED.**

Dated: June 24, 2013

_____
David Proctor, OBA #13863
Robert Todd Goolsby, OBA #12676
Lauren Lembo Kelliher, OBA #30148
GOOLSBY, PROCTOR, HEEFNER & GIBBS, PC
701 N. Broadway, Suite 400
Oklahoma City, OK 73102
(405) 524-2400 Telephone
(405) 525-6004 Facsimile
dproctor@gphglaw.com
tgoolsby@gphglaw.com

llembo@gphglaw.com
*Attorneys for Plaintiff*

/s/ signature

Richard J. Harris, OBA No. 16504
Brooks A. Richardson, OBA No. 18133
Kelsie M. Sullivan, OBA No. 20350
Lance E. Leffel, OBA No. 19511
FELLERS SNIDER BLANKENSHIP
BAILEY & TIPPENS, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102
Telephone: 405-232-0621
Facsimile: 405-232-9659
RHarris@fellerssnider.com
BRichardson@fellerssnider.com
KSullivan@fellerssnider.com
LLeffel@fellerssnider.com
*Attorneys for Defendant, Allstate*